No. 04–7180. Howard v. United States. C. A. 5th Cir. Certiorari denied. 

No. 04–7181. Gonzalez-Valenzuela v. United States. C. A. 9th Cir. Certiorari denied.

No. 04–7185. Thomas v. United States. C. A. 2d Cir. Certiorari denied.

No. 04–7187. Wilson v. United States. C. A. 8th Cir. Certiorari denied.

No. 04–7188. Sherrill v. United States. C. A. 4th Cir. Certiorari denied. 

No. 04–7195. Sanchez v. United States. C. A. 9th Cir. Certiorari denied. 

No. 04–7204. McLaughlin v. United States. C. A. 9th Cir. Certiorari denied. 

No. 04–7209. Kato v. Graber, Warden. C. A. 7th Cir. Certiorari denied.

No. 04–7211. Sandoval-Rivas v. United States. C. A. 9th Cir. Certiorari denied. 

No. 04–7219. Patino, aka Patino-Reyes v. United States. C. A. 5th Cir. Certiorari denied. 

No. 04–7222. Lugan-Balleza v. United States. C. A. 5th Cir. Certiorari denied. 

No. 04–7228. Misla-Martinez v. United States. C. A. 1st Cir. Certiorari denied.

No. 03–1452. Mueller, Warden v. Nunes. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. 

No. 04–162. Maddox, Warden v. Taylor. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. 